TROY LAW, PLLC
*Attorneys for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiffs*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel:    (718) 762-1324

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
JIA REN WEI,
*on his own behalf and on behalf of others similarly situated*

                        Plaintiff,

                    v.

RED PANDA ASIAN BISTRO INC.
    d/b/a Lobster House Seafood Buffet Restaurant;
SAN KIT CHENG,
SAN-YIU CHENG,
CALVIN CHENG,
EN ZHENG, and
SAN CHONG CHENG

                        Defendants.
---------------------------------------------------------------x

Case No: 18-cv-04086

**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO RULE 68**

PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff JIA REN WEI, through his undersigned counsel, hereby accept and provide notice that he has accepted Defendants' Offer of Judgment to Plaintiff dated February 13, 2019 (received via only email on February 27, 2019), attached hereto as Exhibit 1.

Dated: Flushing, New York
February 27, 2019

                                    TROY LAW, PLLC
                                    *Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiffs*

                                       /s/      John Troy
                                    John Troy (JT0481)

TROY LAW, PLLC
*Attorneys for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiffs*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel:    (718) 762-1324

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
JIA REN WEI,
*on his own behalf and on behalf of others similarly situated*

      Plaintiff,
   v.

RED PANDA ASIAN BISTRO INC.
  d/b/a Lobster House Seafood Buffet Restaurant;
SAN KIT CHENG,
SAN-YIU CHENG,
CALVIN CHENG,
EN ZHENG, and
SAN CHONG CHENG
        Defendants.
-------------------------------------------------------------x

Case No: 18-cv-04086

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendant's Offer of Judgment was served on the Defendants of this action by causing a copy to be sent via ECF to their Attorney of Record.

Dated: Flushing, New York
February 27, 2019

            TROY LAW, PLLC
            *Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiffs*

              /s/     John Troy
            John Troy (JT0481)